DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:00 CR 125 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Robert Sanders, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the defendant's sentence for possession with intent to distribute crack cocaine is reduced from a term of 175 months to a term of 110 months.  The defendant's sentence for 60 months for using and carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c), is to be served consecutively to the reduced sentence for the crack cocaine offense, as above described, so that the defendant's total sentence is reduced from 235 months to a total of 170 months with supervised release for a period of ten years..

The courtroom deputy shall provide a copy of this entry to the U.S. Marshal's office for delivery to the Bureau of Prisons.

IT IS SO ORDERED.

| | |
|---|---|
| May 22, 2012 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |